# Third District Court of Appeal
## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0026
Lower Tribunal Nos. 14-281 CC &18-360 AP
_____

**Geico General Insurance Company,**
Appellant,

vs.

**Finlay Diagnostic Center, Inc., a/a/o Maria P. Cruz,**
Appellee.

An appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Kubicki Draper P.A., and Caryn L. Bellus, and Angela C. Flowers, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); and Corredor, Husseini & Snedaker, P.A., and Tim Snedaker, for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

MILLER, J.

Appellant, Geico General Insurance Company, challenges a final summary judgment entered in favor of appellee, Finlay Diagnostic Center, Inc.[1]  On appeal, Geico contends the lower tribunal erred in interpreting section 627.736(1)(a)(5), Florida Statutes.  Recognizing the court did not have the benefit of our decision in <u>Geico General Insurance Co. v. Beacon Healthcare Center Inc.</u>, 298 So. 3d 1235 (Fla. 3d DCA 2020), at the time judgment was rendered, we agree.[2]  Accordingly, we reverse and remand the order under review.[3]  <u>See also</u> <u>S. Owners Ins. Co. v. Hendrickson</u>, 299 So. 3d 524 (Fla. 5th DCA 2020).

Reversed and remanded.

---

[1] We discern no error in the trial court's conclusion "[the x-rays] were taken by a licensed radiographer."

[2] We reject the contention Geico was enjoined from relying upon the relevant provisions of the statute.  <u>See</u> <u>McCarty v. Myers</u>, 125 So. 3d 333 (Fla. 1st DCA 2013).

[3] The parties urge us to address a myriad of other unbriefed issues.  As "it is well-settled that '[t]he [t]ipsy [c]oachman doctrine does not apply to grounds not raised in a motion for summary judgment,'" we decline the invitation. <u>Sousa v. Zuni Transp., Inc.</u>, 286 So. 3d 820, 822 (Fla. 3d DCA 2019) (citations omitted).